STATE v. FARRAND.

A conviction before a justice of a theft, no bar to an information before the Superior Court for a robbery committed at the same time, and for the same theft.

INFORMATION for a robbery committed upon Michael Demorat, in the night of the 2d of February A. D. 1792, by taking from him certain articles of clothing, and some money by force and by putting said Demorat in fear of his life.

The prisoner plead in bar — That he had been prosecuted, convicted and punished, by judgment of Eliphalet Lockwood, a justice of the peace for the same offense, which process and judgment is as follows, viz. Whereas complaint has this day been made to me the subscribing authority, by Michael Demorat, that in the night following the 2d of February he had stolen from him a quantity of money and clothing, by one Peter Farrand and others, transient persons, and prays process; upon which a warrant issued and Farrand was arrested, and arraigned before said justice, was convicted and sentenced to be whipped, which was executed; that he was the same Peter Farrand, and that the stealing therein complained of was the same felonious taking now charged in the information against him for a robbery; and thereupon he says he has been heretofore convicted and punished for the same crime matter and thing. To this plea a demurrer was given by the attorney for the state.

Judgment — That the plea is insufficient; the complaint exhibited to the justice was insufficient and illegal upon the face of it, the justice not having jurisdiction of the cause. Besides if this practice is admitted it would be in the power of the justices to oust this court of its jurisdiction, and screen the most atrocious offenders from merited punishment.

Farrand plead not guilty, and was convicted of a robbery committed by threatening to take away life; and was sentenced to imprisonment in Newgate prison during his natural life.